UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-CV-81071-DMM

HOWARD COHAN,

    Plaintiff,

vs.

300 N CONGRESS LLC
a Florida Limited Liability Company

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, 300 N CONGRESS LLC, a Florida Limited Liability Company (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within ten (10) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED September 7, 2022.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

By: **/s/ Carri S. Leininger**
Carri S. Leininger, Esq.
Florida Bar No.: 0861022
Jessica L. Gregory, Esq.
Florida Bar No.: 92019
Williams, Leininger & Cosby, P.A.
11300 US Highway One, Suite 300
North Palm Beach, FL 33408
Telephone: (561) 615-5666
Facsimile: (561) 615-9606
Service to: eservice@wlclaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

          **/s/ Gregory S. Sconzo**
          **Gregory S. Sconzo, Esq.**