**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 22-81071-CV-MIDDLEBROOKS

HOWARD COHAN,

    Plaintiff,

v.

300 N CONGRESS LLC
a Florida Limited Liability Company,

    Defendants.

_____/

**ORDER CLOSING CASE**

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed on September 16, 2022. (DE 10). The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is hereby

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 22 day of September, 2022.

                                                      DONALD M. MIDDLEBROOKS
                                                      UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record